# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Intertek | 12/5/2022 | 266410 | Check | $ 16,081.25 |
| Akorn Operating Company, LLC | Intertek | 2/7/2023 | 267185 | Check | $ 1,083.89 |
| | | | | | $ 17,165.14 |